IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
FILED

APR 15 2011

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| Armavia AVIACOMPANY, LLC and ARMAVIA USA, INC. | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | CIVIL ACTION NO: 4:11-cv-01075 |
| TRANSAMERICA INVESTMENT GROUP, INC., d/b/a SKYCARGO SOLUTIONS, INC., JOHN B. BERRY, individually, and PATRICIA P. BERRY, individually, | ) ) ) ) ) | |
| Defendants. | ) ) | |

## DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES

Defendant TransAmerica Investment Group, Inc. d/b/a SkyCargo Solutions, Inc. files this Certificate of Interested Parties and certifies that the following parties are financially interested in the outcome of this litigation:

1. TransAmerica Investment Group, Inc. d/b/a SkyCargo Solutions, Inc.

2. John B. Berry

3. Patricia P. Berry

4. Armavia AVIACOMPANY, LLC[1]

5. Armavia USA, Inc.[2]

Respectfully submitted,

William W. Rucker
Attorney-in-Charge
TBA No. 17366500

---

[1] Defendant does not know if this entity has securities which are publicly traded.
[2] Defendant does not know if this entity has securities which are publicly traded.

SDT No. 3669  
3355 West Alabama, Suite 825  
Houston, Texas 77098  
Telephone: 713-528-2800  
Facsimile: 713-528-5011  
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2011 a true and correct copy of this instrument was served on counsel of record via facsimile or certified mail, return receipt requested.

Trevor R. Jefferies  
Hogan Lovells US LLP  
700 Louisiana St., Ste. 4300  
Houston, Texas 77002

William W. Rucker

2