IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Armavia AVIACOMPANY, LLC and ARMAVIA USA, INC.<br><br>Plaintiffs,<br><br>v.<br><br>TRANSAMERICA INVESTMENT GROUP, INC., d/b/a SKYCARGO SOLUTIONS, INC., JOHN B. BERRY, individually, and PATRICIA P. BERRY, individually,<br><br>Defendants. | CIVIL ACTION NO: 4:11-cv-01075 |

## DEFENDANTS' RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant TransAmerica Investment Group, Inc. d/b/a SkyCargo Solutions, Inc. files this Disclosure Statement:

No parent corporation or publicly held corporation owns 10% or more of the stock of TransAmerica Investment Group, Inc. d/b/a SkyCargo Solutions, Inc.

Respectfully submitted,

William W. Rucker
Attorney-in-Charge
TBA No. 17366500
SDT No. 3669
3355 West Alabama, Suite 825
Houston, Texas 77098
Telephone: 713-528-2800
Facsimile: 713-528-5011
Attorney for Defendants

2

## CERTIFICATE OF SERVICE

I hereby certify that on April __15__, 2011 a true and correct copy of this instrument was served on counsel of record via facsimile or certified mail, return receipt requested.

Trevor R. Jefferies
Hogan Lovells US LLP
700 Louisiana St., Ste. 4300
Houston, Texas 77002

_____
William W. Rucker