IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Armavia AVIACOMPANY, LLC and<br>ARMAVIA USA, INC.,<br><br>Plaintiffs,<br>v.<br><br>TRANSAMERICA INVESTMENT GROUP,<br>INC., d/b/a SKYCARGO SOLUTIONS, INC.,<br>JOHN B. BERRY, individually, and<br>PATRICIA P. BERRY, individually,<br><br>Defendants. | CIVIL ACTION NO.<br>4:11-cv-01075 |

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO DISMISS
PLAINTIFFS' AMENDED COMPLAINT WITHOUT PREJUDICE**

This matter coming before the Court upon Plaintiffs' Unopposed Motion to Dismiss Plaintiffs' Amended Complaint without Prejudice ("Motion"), all Parties given due notice, and the Court being fully advised in the premises,

**IT IS HEREBY ORDERED** that the Motion is GRANTED and Plaintiffs' First Amended Complaint is dismissed without prejudice to re-filing at a later date. Fees or costs will be borne by the party incurring them.

Signed on December 14, 2011.

Hon. Kenneth M. Hoyt
United States District Judge